IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2017 SEP 14 PM 2:27

| | | |
|---|---|---|
| ROBERT RIEGEL, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br>                    PLAINTIFF, <br><br> V. <br><br> WHOLE FOODS MARKET, INC., JOHN P. MACKEY, WALTER ROBB, JONATHAN SEIFFER, GABRIELLE SULZBERGER, SHAHID HASSAN, STEPHANIE KUGELMAN, JOE MANSUETO, MARY ELLEN COE, KENNETH C. HICKS, SHARON L. MCCOLLAM, RONALD M. SHAICH, AND SCOTT F. POWERS, <br>                    DEFENDANTS. | § § § § § § § § § § § § § § § § § § § | CAUSE NO. 1:17-CV-674-LY |

## FINAL JUDGMENT

Before the court is the above entitled cause. On September 12, 2017, the parties filed a Stipulation Concerning Plaintiff's Voluntary Dismissal of Above Action (Doc. #17), which the court approved by separate order. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case hereby **CLOSED**.

SIGNED this _14th_ day of September, 2017.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE